**Opinion issued March 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00831-CV

———————————

**RELIABLE BUSINESS RESOURCES, LLC D/B/A RBR MACHINE, RLB PROPERTIES, LTD. GREEK LAKE EQUITIES, LLC, ROBERT KATTULA, ANDREW KATTULA, AND CUSTOM SPRING MANUFACTURING, LLC, Appellants**

**V.**

**RODGER BROGDON AND CHERYL BROGDON, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-03178**

---

**MEMORANDUM OPINION**

Appellants have filed an unopposed motion for voluntary dismissal of their appeal. *See* TEX. R. APP. P. 42.2(a). The Court has not yet issued a decision in this appeal.

Accordingly, we grant appellants' motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.